1  RICHARD H. HARDING, Bar No. 053698
   MICHAEL E. BREWER, Bar No. 177912
2  ALEXA L. WOERNER, Bar No. 267609
   LITTLER MENDELSON, P.C.
3  A Professional Corporation
   Treat Towers
4  1255 Treat Boulevard
   Suite 600
5  Walnut Creek, CA  94597
   Telephone:   925.932.2468
6  Fax No.:       925.946.9809

7  Attorneys for Defendant
   DAVEY TREE SURGERY COMPANY
8

9              UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT

11

12 | FELIPE CALDERON,                         | Case No.  4:11-CV-05486-SBA
13 |            Plaintiff,                    | **STIPULATION AND  ORDER TO EXTEND DISCOVERY AND RELATED DEADLINES**
14 |       v.                                 |
15 | DAVEY TREE SURGERY COMPANY, and DOES 1-50, |
16 |
17 |            Defendant.                    |

18         Plaintiff FELIPE CALDERON ("Plaintiff") and Defendant DAVEY TREE
19 SURGERY COMPANY ("Defendant") (collectively "The Parties"), hereby stipulate and agree to
20 the following:
21         WHEREAS, on November 6, 2012, the Honorable Saundra Brown Armstrong,
22 pursuant to the Parties' stipulation, ordered the Parties: to complete all discovery, with the exception
23 of expert discovery, by January 4, 2013; to designate expert witnesses by January 4, 2013; to
24 disclose rebuttal witnesses by February 1, 2013; and to complete all discovery pertaining to expert
25 witnesses by March 8, 2013  (Court Docket No. 21);
26         WHEREAS, on November 6, 2012, the Honorable Saundra Brown Armstrong,
27 pursuant to the Parties' stipulation, ordered that all motions, including dispositive motions shall be
28 heard on or before March 12, 2013 at 1:00 p.m. (Court Docket No. 21);

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND RELATED DEADLINES

LITTLER MENDELSON, P.C.
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

1    WHEREAS, the Parties have exchanged written discovery requests and have
2 otherwise engaged in mutual discovery. Each party intends to take one or more depositions in this
3 case and Plaintiff's deposition is currently noticed for December 28, 2012;

4    WHEREAS, the Parties are still attempting to resolve this matter before incurring the
5 significant costs and expenses associated with the completion of depositions, written discovery, and
6 discovery motions, with preparing for trial and before incurring the potential disruption to the
7 business of Defendant;

8    WHEREAS, Plaintiff's responses to Defendant's written discovery requests are
9 overdue and Defendant intends to file a motion to compel responses if the matter cannot be resolved
10 through a further meet and confer process. The Parties wish to have additional time to resolve
11 discovery disputes prior to court intervention.

12    WHEREAS, the Parties the parties believe it would preserve the Parties' and the
13 Court's resources were the Parties able to further explore a negotiated resolution to this case prior to
14 engaging in further discovery and discovery motions;

15    WHEREAS, the Parties and their counsel respectfully request that: the January 4,
16 2013 non-expert discovery deadline be continued until February 15, 2013, so that the Parties may
17 explore the informal resolution of this matter prior to completing all anticipated discovery; the
18 deadline to designate expert witnesses be continued from January 4, 2013 to February 15, 2013; the
19 deadline to disclose rebuttal witnesses be continued from February 1, 2013 to March 15, 2013; the
20 deadline to complete all discovery pertaining to expert witnesses be continued from March 8, 2013
21 to March 29, 2013 ; and the deadline hear motions be continued from March 12, 2013 at 1:00 p.m. to
22 April 26, 2013; and

23    WHEREAS, on October 18, 2012, by stipulation, the Parties previously requested an
24 extension of deadlines in this case. Further extension of dates will not affect the May 13, 2013 trial
25 date currently scheduled in this case;

26    THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through
27 their respective counsel, that:

28    1.    The non-expert discovery cut-off be continued from January 4, 2013 to

2.

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND RELATED DEADLINES

1  February 15, 2013;

2      2.    The deadline the deadline to designate expert witnesses be continued from
3  January 4, 2013 to February 15, 2013;

4      3.    The deadline to disclose rebuttal witnesses be continued from February 1,
5  2013 to March 15, 2013;

6      4.    The deadline to complete all discovery pertaining to expert witnesses be
7  continued from March 8, 2013 to March 29, 2012; and

8      5.    The deadline to hear motions be continued from March 12, 2013 at 1:00 p.m.
9  to April 26, 2013 at 1:00 p.m.

10  **IT IS SO STIPULATED**

12  Dated: December 7, 2012

13          /S/ Michael E. Brewer
    RICHARD H. HARDING
14      MICHAEL E. BREWER
    LITTLER MENDELSON, P.C.
15      Attorneys for Defendant
    DAVEY TREE SURGERY COMPANY

16  Dated: December 7, 2012

18          /S/ Michael J. Reed
    MICHAEL J. REED
19      Attorney for Plaintiff
    FELIPE CALDERON

21  As good cause exists due to Parties' attempts to resolve this matter before incurring the
22  significant costs and expense associated with the completion of additional discovery, discovery
23  motions, and trial preparation and before incurring the disruption to the business of Defendant, the
24  Court hereby modifies its Order filed in this matter on November 6, 2012, as stipulated above.

25  **IT IS SO ORDERED**.

26  Dated: December 10, 2012        By: *Sandra B. Armstrong*
27          Honorable Sandra Brown Armstrong
        UNITED STATES DISTRICT JUDGE

Firmwide:116718912.3 001365.1154

3.

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND RELATED DEADLINES