UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FELIPE CALDERON,<br><br>Plaintiff,<br><br>v.<br><br>DAVEY TREE SURGERY COMPANY,<br><br>Defendant. | Case No. 11-cv-05486 SBA (NC)<br><br>**ORDER GRANTING REQUEST TO EXTEND DISCOVERY DEADLINE**<br><br>Re: Dkt. No. 34 |

Pro se plaintiff Felipe Calderon seeks an extension of the deadline for producing documents and responding to interrogatory requests set by this Court's order, which granted defendant's motion to compel. *See* Dkt. No. 113. The deadline set by the Court is February 15, 2013, the day fact discovery is scheduled to close in this matter. *Id.* at 17. Calderon seeks to extend the production and response deadline to March 15, 2013. Dkt. No. 34.

The Court GRANTS plaintiff's request and extends the deadline for producing documents and responding to defendant's first set of interrogatories to March 15, 2013.

IT IS SO ORDERED.

Date: February 11, 2013

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-cv-05486 SBA (NC)
ORDER GRANTING
REQUEST TO EXTEND DEADLINE