1 MICHAEL E. BREWER, Bar No. 177912
ALEXA L. WOERNER, Bar No. 267609
2 LITTLER MENDELSON, P.C.
A Professional Corporation
3 Treat Towers
1255 Treat Boulevard
4 Suite 600
Walnut Creek, CA 94597
5 Telephone: 925.932.2468
Fax No.: 925.946.9809
6
Attorneys for Defendant
7 DAVEY TREE SURGERY COMPANY

8

9 UNITED STATES DISTRICT COURT NORTHERN DISTRICT

10 OAKLAND DISVISION

11 FELIPE CALDERON, | Case No. 4:11-CV-05486-SBA

12 Plaintiff, | **REQUEST FOR CONTINUANCE OF DISCOVERY HEARING; [PROPOSED] ORDER**

13 v. |

14 DAVEY TREE SURGERY COMPANY, and DOES 1-50, | Date: February 20, 2013
Time: 1:00 p.m.
15 | Courtroom: A, 15th Floor

16 Defendant. | Complaint Filed: July 22, 2011

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO.: 4:11-cv-05486-SBA

REQUEST FOR CONTINUANCE OF DISCOVERY HEARING

1    I, Michael E. Brewer, one of the attorneys for Defendant DAVEY TREE SURGERY
2    COMPANY, request that this Court continue the discovery hearing set for February 20, 2013 at 1:00
3    p.m. to **February 27, 2013 at 1:00 p.m.**

4    This request is made on the grounds that I, and my associate, Alexa Woerner, have
5    previously scheduled client meetings in Akron, Ohio such that we are unable to fly to San Francisco
6    on February 20, 2013 to personally attend the hearing.  Our airline tickets to Ohio have already been
7    booked and are non-refundable.

10   Dated: February 14, 2013          */s/ Michael E. Brewer*
                                       MICHAEL E. BREWER
11                                     ALEXA WOERNER
                                       LITTLER MENDELSON, P.C.
12                                     A Professional Corporation
                                       Attorneys for Defendant
13                                     DAVEY TREE SURGERY COMPANY

15   **[PROPOSED ORDER]**

17   The Court, having considered the Request for Continuance of Discovery Hearing
18   made by Michael E. Brewer, attorney for Defendants, and good cause appearing, GRANTS
19   Defendant's Request and continues the discovery hearing currently scheduled for February 20, 2013,
20   at 1:00 p.m. to February 27, 2013 at 1:00 p.m.

23   DATED:   February 14, 2013        Magistrate [signature] ns
                                       APPROVED
                                       Judge Nathanael M. Cousins
                                       (UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)

25   Firmwide:118329941.1 001365.1154

LITTLER MENDELSON, P.C.
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

CASE NO.: 4:11-cv-05486-SBA            2.
REQUEST FOR CONTINUANCE OF DISCOVERY HEARING