FILED
APR 15 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FELIPE CALDERON,                )
                                )
       Plaintiff(s),            )  Case Number: C 11-5486 SBA
                                )
vs.                             )  ORDER APPOINTING COUNSEL
                                )
DAVEY TREE SURGERY COMPANY,     )
       Defendant(s).            )
                                )

Because the Plaintiff has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, **Sheeva J. Ghassemi-Vanni of Fenwick & West LLP**, 801 California St., Mountain View, CA 94041 (telephone 650-988-8500) is hereby appointed as counsel for Plaintiff Felipe Calderon in this matter.

The scope of this referral shall be for:

☒ all purposes for the duration of the case

☐ the limited purpose of representing the litigant in the course of

   ☐ mediation

   ☐ early neutral evaluation

   ☐ settlement conference

   ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

   _____

   ☐ discovery as follows: _____

   _____

   ☐ other: _____

   _____

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated: April 12, 2013

*(signature)*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FELIPE CALDERON,

        Plaintiff,

v.

DAVEY TREE SURGERY COMPANY et al,

        Defendant.
        _____/

Case Number: CV11-05486 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Felipe Calderon
4322 Center Avenue
Richmond, CA 94804

Dated: April 15, 2013

                              Richard W. Wieking, Clerk
                              By: Jessie Mosley, Deputy Clerk