UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FELIPE CALDERON,<br><br>   Plaintiff,<br><br> vs.<br><br>DAVEY TREE COMPANY and DOES 1-50,<br><br>   Defendants. | Case No: C 11-5486 SBA<br><br>**ORDER TEMPORARILY STAYING ACTION** |

On March 11, 2013, the Court granted Plaintiff's request for the appointment of counsel. Dkt. 55. In that Order, the Court temporarily stayed the proceedings until the Federal Pro Bono Project was able to locate counsel for Plaintiff. Id. On April 15, 2013, the Court appointed Fenwick & West to represent Plaintiff. Dkt. 56. The Court then set a Case Management Conference for July 17, 2013. Dkt. 57.

In order to ensure that appointed counsel has an adequate amount of time to acquaint herself with this matter, the Court stays the action until the Case Management Conference scheduled for July 17, 2013. See Landis v. N. Am. Co., 299 U.S. 248, 254 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). Accordingly,

IT IS HEREBY ORDERED THAT all proceedings and deadlines in this action (except those related to the preparation for the Case Management Conference) are STAYED until the Case Management Conference scheduled for July 17, 2013.

IT IS SO ORDERED.

Dated: May 10, 2013

                *Saundra B Armstrong*
                SAUNDRA BROWN ARMSTRONG
                United States District Judge