1  MICHAEL E. BREWER, Bar No. 177912
   ALEXA L. WOERNER, Bar No. 267609
2  LITTLER MENDELSON, P.C.
   A Professional Corporation
3  Treat Towers
   1255 Treat Boulevard
4  Suite 600
   Walnut Creek, CA  94597
5  Telephone:    925.932.2468
   Fax No.:       925.946.9809
6
   Attorneys for Defendant
7  DAVEY TREE SURGERY COMPANY

8  MICHAEL A. SANDS (CSB #178788)
   msands@fenwick.com
9  SAUNDRA L. M. RILEY (CSB #218084)
   sriley@fenwick.com
10 SHEEVA J. GHASSEMI-VANNI (CSB # 246639)
   sghassemi@fenwick.com
11 FENWICK & WEST, LLP
   801 California Street
12 Mountain View, CA 94041
   Telephone: 650.988.8500
13 Facsimile:  650.938-5200

14
   Attorneys for Plaintiff
15 FELIPE CALDERON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

OAKLAND DISVISION

| | |
|---|---|
| FELIPE CALDERON,<br><br>               Plaintiff,<br><br>       v.<br><br>DAVEY TREE SURGERY COMPANY, and DOES 1-50,<br><br>               Defendant. | Case No.  4:11-CV-05486-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ATTENDANCE AT SETTLEMENT CONFERENCE**<br><br>Hon. Saundra Brown Armstrong<br><br>Complaint Filed: July 22, 2011 |

Plaintiff FELIPE CALDERON ("Plaintiff") and Defendant DAVEY TREE SURGERY COMPANY ("Defendant") (collectively "The Parties"), hereby stipulate and agree to

CASE NO.: 4:11-cv-05486-SBA

Firmwide:122430080.1 001365.1154

STIPULATION AND [PROPOSED] ORDER REGARDING ATTENDANCE AT SETTLEMENT CONFERENCE

the following:

WHEREAS, on May 2, 2012, the Parties participated in the Northern District of California's alternative dispute resolution process by attending an Early Neutral Evaluation;

WHEREAS, on April 15, 2013, the Court appointed Sheeva Ghassemi-Vanni as pro bono counsel for Plaintiff;

WHEREAS, through a July 31, 2013 case management conference, the Honorable Saundra Brown Armstrong suggested that the Parties again participate in the alternative dispute resolution process at this stage given that Plaintiff has newly appointed counsel, and requested that the Parties participate in a settlement conference with a magistrate judge in the next 60 days;

WHEREAS, the Parties agree to participate in a settlement conference with a magistrate judge in the next 60 days.  Defendant requests that this settlement conference be in lieu of the mandatory settlement conference scheduled for the time period of February 17, 2014 through March 21, 2014, as ordered in the Court's August 1, 2013 Order for Pretrial Preparation.  Plaintiff does not oppose this request.

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that:

1. The Parties will participate in a settlement conference with a magistrate judge within 60 days of the date of this stipulation and order.  The Parties request that Magistrate Joseph Spero conduct the settlement conference.

**IT IS SO STIPULATED.**

Dated: August 7, 2013

                                                        */S/    Sheeva J. Ghassemi-Vanni*
SHEEVA J.GHASSEMI-VANNI
FENWICK & WEST LLP
Attorneys for Plaintiff
FELIPE CALDERON

Case No.  4:11-CV-05486-SBA            2.
Firmwide:122430080.1 001365.1154

STIPULATION AND [PROPOSED] ORDER REGARDING ATTENDANCE AT SETTLEMENT CONFERENCE

LITTLER MENDELSON, P.C.
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

Dated: August 7, 2013

        ___/S/    Alexa L. Woerner_____
MICHAEL E. BREWER
ALEXA L. WOERNER
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendant
DAVEY TREE SURGERY COMPANY

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: ___August 7, 2013_____     By___/S/    Alexa L. Woerner_____
Michael E. Brewer
Alexa L. Woerner
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ACTIONLINK, L.L.C.

As good cause exists, and as stipulated above, the Court hereby modifies its Order for Pretrial Preparation of August 1, 2013 such that the Parties must attend a settlement conference with Magistrate Joseph Spero within 60 days of this Order.  However, the parties are <u>not</u> excused from the final, mandatory settlement conference scheduled for February 17, 2014 through March 21, 2014.  This Order terminates Docket 66.

**IT IS SO ORDERED**.

Dated: ___8/12/13_____     By: _*Sandra B Armstrong*_____
                                                                  Honorable Sandra Brown Armstrong
                                                                   UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

Case No.  4:11-CV-05486-SBA      3.
Firmwide:122430080.1 001365.1154

STIPULATION AND [PROPOSED] ORDER REGARDING ATTENDANCE AT SETTLEMENT CONFERENCE