UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FELIPE CALDERON,<br><br>            Plaintiff,<br><br>     vs.<br><br>DAVEY TREE SURGERY COMPANY, and DOES 1-50,<br><br>            Defendants. | Case No:  C 11-5486 SBA<br><br>**ORDER GRANTING STIPULATED REQUEST FOR EARLIER HEARING DATE ON PLAINTIFF'S MOTION TO AMEND COMPLAINT AND TO MODIFY SCHEDULING ORDER**<br><br>Dkt. 75. |

Good cause appearing,

IT IS HEREBY ORDERED THAT the parties' Stipulated Request for Earlier Hearing Date on Plaintiff's Motion to Amend Complaint and to Modify Scheduling Order is GRANTED.  The hearing on Plaintiff's motion will take place on October 11, 2013 at 1:00 p.m.  Pursuant to Civil Local Rule 7-1(b), the Court may resolve the motion without oral argument.  The parties are advised the check the Court's website to determine whether an appearance on the motion is required.  This Order terminates Docket 75.

IT IS SO ORDERED.

Dated:  September 10, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge