UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FELIPE CALDERON,<br><br>      Plaintiff,<br><br>  vs.<br><br>DAVEY TREE SURGERY COMPANY,<br><br>      Defendant. | Case No: C 11-5486 SBA<br><br>**ORDER STRIKING OVERSIZED BRIEF** |

      Defendant has filed an eighteen-page opposition to Plaintiff's Motion for Leave to Amend Complaint and Modify Scheduling Order.  Dkt. 78.  Under this Court's Standing Orders, the maximum page limit for motions and oppositions thereto is <u>fifteen</u> pages.  Dkt. 4.  The Standing Orders further state that any brief filed "in an improper manner or form shall not be received or considered by the Court."  <u>Id.</u>; <u>see</u> <u>Swanson v. U.S. Forest Serv.</u>, 87 F.3d 339, 345 (9th Cir. 1996) (courts have discretion to strike oversized briefs).  Accordingly,

      IT IS HEREBY ORDERED THAT Defendant's opposition brief (Dkt. 78) is STRICKEN from the record.  Defendant shall have until October 23, 2013, to refile its opposition in conformity with the Court's Standing Orders.  Plaintiff shall file his reply by no later than October 30, 2013.

      IT IS SO ORDERED.

Dated: September 23, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge